# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1966 | **DATE** | August 4, 2008 |
| **CASE TITLE** | United States of America v. Michael Spano, Sr. | | |

**DOCKET ENTRY TEXT**

The government's motion for leave to file a supplemental response instanter to defendant's § 2255 motion [7] is granted. The defendant is given until August 25, 2008 to file a reply to the supplement response. (The parties' attention is called to Federal Rule of Criminal Procedure 36, concerning clerical errors.)

_____ [ For further details see text below.]    Docketing to mail notices.

:00

**STATEMENT**